# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **THOMAS F. JOHNSON, Defendant.** | **VIOLATION:** **6027853** **Location Code: M13** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of an $90 fine for violation 6027853, and for good cause shown,

IT IS ORDERED that the $90 fine ($60 fine, $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6027853.

IT IS FURTHER ORDERED that the initial appearance scheduled for February 7, 2019, is VACATED.

DATED this 22nd day of January 2019.

_____
John Johnston
United States Magistrate Judge